# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: John Brady                          CHAPTER 13
         Jeanne Brady

                 Debtor(s)             BKY. NO. 22-10314 AMC

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of LSF8 Master Participation Trust and index same on the master mailing list.

                                          Respectfully submitted,

                                        /s/ *Rebecca Solarz*
                                        Rebecca Solarz
                                        06 May 2022, 09:26:33, EDT

                            KML Law Group, P.C.
                            701 Market Street, Suite 5000
                            Philadelphia, PA 19106-1532
                            (215) 627-1322