UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:   John Brady<br>          Jeanne Brady<br>                    Debtors<br><br>Fay Servicing, LLC as servicer for<br>LSF8 Master Participation Trust<br>                    Movant<br>v.<br><br>John Brady<br>Jeanne Brady<br>Kenneth E. West - Trustee<br>                    Respondents | Case No.: 22-10314-amc<br><br>Chapter: 13<br><br>Judge:  Ashely M. Chan<br><br>Hearing Date: June 7, 2022 at 11:00 am<br><br>Objection Deadline: May 30, 2022 |

## NOTICE OF MOTION FOR RELIEF FROM AUTOMATIC STAY

Fay Servicing, LLC as servicer for LSF8 Master Participation Trust has filed a Motion for Relief from Stay with the Court in order to gain Court authority to foreclose on real property known as 5980 Mark Drive, Bensalem, PA 19020.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before May 30, 2022 (14 days after the date the notice was mailed) you or your attorney must do all of the following:

(a) file an answer explaining your position at

Clerk of Court
United States Bankruptcy Court
Robert N.C. Nix, Sr. Federal Courthouse
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b) mail a copy to the movant's attorney:

Lauren M. Moyer, Esquire
Friedman Vartolo, LLP
1325 Franklin Avenue, Suite 160
Garden City, NY 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

      2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3. A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on the 7th day of June, 2022 at 11:00 A.M., at Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.

      4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Dated: May 16, 2022

                                              By: /s/ Lauren M. Moyer
                                              Lauren M. Moyer, Esquire
                                              FRIEDMAN VARTOLO LLP
                                              Attorneys for Movant
                                              1325 Franklin Avenue, Suite 160
                                              Garden City, New York 11530
                                              T: (212) 471-5100
                                              F: (212) 471-5150
                                              Bankruptcy@FriedmanVartolo.com

TO:

**Trustee**
Kenneth E. West
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

**Debtors' Counsel**
Cameron Deane, Esquire
Young, Marr, Mallis & Deane, LLC
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

**U.S. Trustee**
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

**Debtors**
John Brady
5980 Mark Drive
Bensalem, PA 19020

Jeanne Brady
5980 Mark Drive
Bensalem, PA 19020