UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | John Brady<br>Jeanne Brady<br>   Debtors | Case No.: 22-10314-amc<br><br>Chapter: 13 |
| | Fay Servicing, LLC as servicer for<br>LSF8 Master Participation Trust<br>   Movant<br>v.<br><br>John Brady<br>Jeanne Brady<br>Kenneth E. West - Trustee<br>   Respondents | Judge:  Ashely M. Chan<br><br>Hearing Date: June 7, 2022 at 11:00 am |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

**UPON** consideration of the Application of Fay Servicing, LLC as servicer for LSF8 Master Participation Trust (together with any successor and/or assign, "Movant") dated May 16, 2022 and with good cause appearing therefore, it is

**ORDERED** the automatic stay, heretofore in effect pursuant to 11 U.S.C. § 362(a), is hereby vacated for cause pursuant to 11 U.S.C. § 362(d)(1) to permit Movant to exercise all rights available to it under applicable law with respect to 5980 Mark Drive, Bensalem, PA 19020; and it is further;

**ORDERED** that in the event this case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this Order will remain in full force and effect; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 13 Trustee any surplus monies realized by any sale of the Property.

BY THE COURT:

**Date: September 6, 2022**

_____

U.S.B.J.