United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
John Brady  
Jeanne Brady  
    Debtors

Case No. 22-10314-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: pdf900 | Total Noticed: 35 |

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | John Brady, Jeanne Brady, 5980 Mark Drive, Bensalem, PA 19020-2421 |
| cr | + | Fay Servicing, LLC as servicer for LSF8 Master Par, Friedman Vartolo LLP, 1325 Franklin Ave, Suite 160, Garden City, NY 11530-1631 |
| 14689600 | + | FRIEDMAN VARTOLO, LLP, Attorneys for Fay Servicing, LLC, LSF8 Master Participation Trust, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 14689774 | + | Fay Servicing, LLC as servicer for LSF8 Master Par, c/o Lauren M. Moyer, Esquire, Friedman Vartolo,LLP, 1325 Franklin Avenue, Suite 160, Garden City, New York 11530-1631 |
| 14683683 | | LSF8 Master Participation Trust, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14689326 | + | LSF8 Master Participation Trust, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14668274 | + | United Rev, Po Box 1184, Langhorne, PA 19047-6184 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 11 2023 00:22:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 11 2023 00:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14669763 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 11 2023 00:33:52 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14670173 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 11 2023 00:34:04 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14669325 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 11 2023 00:33:53 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14668258 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 11 2023 00:22:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |
| 14668259 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 11 2023 00:22:00 | Credit Acceptance, Po Box 5070, Southfield, MI 48086-5070 |
| 14668260 | | Email/Text: ECF@fayservicing.com | Jan 11 2023 00:22:00 | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680 |
| 14668261 | + | Email/Text: ECF@fayservicing.com | Jan 11 2023 00:22:00 | Fay Servicing Llc, 1601 Lbj Freeway, Farmers Branch, TX 75234-6512 |
| 14668262 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 11 2023 00:22:00 | Genesis Credit/Celtic Bank, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |

Case 22-10314-amc   Doc 53   Filed 01/12/23   Entered 01/13/23 00:37:37   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 10, 2023 | Form ID: pdf900 | Total Noticed: 35 |

| Recip ID | | Notice Type | Date Sent | Recipient |
|---|---|---|---|---|
| 14668263 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 11 2023 00:22:00 | Genesis Credit/Celtic Bank, Po Box 4499, Beaverton, OR 97076-4499 |
| 14668265 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 11 2023 00:22:00 | Jefferson Capital Systems, LLC, 16 Mcleland Rd, Saint Cloud, MN 56303 |
| 14668264 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 11 2023 00:22:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 14674104 | + | Email/Text: bankruptcy@sccompanies.com | Jan 11 2023 00:22:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14669330 | + | Email/Text: BankruptcyECFMail@mccalla.com | Jan 11 2023 00:22:00 | LSF8 Master Participation Trust, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14689195 | ^ | MEBN | Jan 11 2023 00:15:44 | LSF8 Master Participation Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14668267 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 11 2023 00:22:00 | Midland Funding, LLC, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14668266 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 11 2023 00:22:00 | Midland Funding, LLC, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 14668269 | + | Email/Text: bankruptcy@sccompanies.com | Jan 11 2023 00:22:00 | Midnight Velvet, 1112 7th Ave, Monroe, WI 53566-1364 |
| 14668268 | + | Email/Text: bankruptcy@sccompanies.com | Jan 11 2023 00:22:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14668270 | | Email/Text: bankruptcy@nationalcreditsystems.com | Jan 11 2023 00:22:00 | National Credit Systems, Inc., Attn: Bankruptcy, Po Box 312125, Atlanta, GA 31131 |
| 14668271 | | Email/Text: bankruptcy@nationalcreditsystems.com | Jan 11 2023 00:22:00 | National Credit Systems, Inc., P.o. Box 312125, Atlanta, GA 31131 |
| 14684250 | | Email/Text: bnc-quantum@quantum3group.com | Jan 11 2023 00:22:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14684504 | | Email/Text: bnc-quantum@quantum3group.com | Jan 11 2023 00:22:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 2489, Kirkland, WA 98083-2489 |
| 14668272 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 11 2023 00:22:00 | Santander Consumer USA, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 14668273 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 11 2023 00:22:00 | Santander Consumer USA, Po Box 961212, Fort Worth, TX 76161-0212 |
| 14670361 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 11 2023 00:22:00 | Santander Consumer USA, Inc, d/b/a Chrysler Capital, P.O. Box 961278, Fort Worth, TX 76161-0278 |
| 14669994 | + | Email/Text: enotifications@santanderconsumerusa.com | Jan 11 2023 00:22:00 | Santander Consumer USA, Inc d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | LSF8 Master Participation Trust, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| 14669577 | *+ | LSF8 Master Participation Trust, c/o McCalla,Raymer,Leibert,Pierce,LLC., Bankruptcy Department, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 10, 2023 | Form ID: pdf900 | Total Noticed: 35 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2023          Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LSF8 Master Participation Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CAMERON DEANE | on behalf of Debtor John Brady cdeane@weltman.com ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| CAMERON DEANE | on behalf of Joint Debtor Jeanne Brady cdeane@weltman.com ykaecf@gmail.com,youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LAUREN MOYER | on behalf of Creditor Fay Servicing  LLC as servicer for LSF8 Master Participation Trust lmoyer@friedmanvartolo.com |
| PAUL H. YOUNG | on behalf of Joint Debtor Jeanne Brady support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Chapter 13 |
| JOHN BRADY | |
| JEANNE BRADY | |
| Debtor | Bankruptcy No. 22-10314-AMC |

# ORDER

**AND NOW**, this _____ day of _____, 202_, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: January 10, 2023**

_____
Honorable Ashely M. Chan
Bankruptcy Judge

Kenneth E. West, Trustee
P.O. Box 40837
Philadelphia, PA 19107

Debtor's Attorney:
PAUL H YOUNG, ESQ
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020-

Debtor:
JOHN BRADY
JEANNE BRADY
5980 MARK DRIVE

BENSALEM, PA 19020